

Lisa Isaacs
(917) 553-7977; li@lijblaw.com
Jonathan A. Bernstein
(917) 693-7245; jb@lijblaw.com

June 1, 2024

**By ECF**

The Honorable Taryn A. Merkl
United States Magistrate Judge
United States Court House
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    Williams v. Harry's Nurses Registry, Inc.,
                  <u>23 Civ. 6661 (PKC) (TAM)</u>

Dear Magistrate Judge Merkl:

    We represent Claudia Williams (f/k/a Claudia Gayle), the Plaintiff in this action.

    Plaintiff joins in defense counsel's May 31, 2024 motion to extend discovery (ECF No. 49).

                    Respectfully submitted,

                          /s/

                  Jonathan A. Bernstein

Office:    1250 Broadway 36th Floor | New York New York 10001
Mailing:  2108 Yardley Road | Yardley Pennsylvania 19067
             Fax (917) 210-3898   Info@lijblaw.com | www.lijblaw.com