# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Sep 23, 2024 9:50AM

Ballon Stoll, P.C

| Rcpt. No: 100016924 | Trans. Date: Sep 23, 2024 9:50AM | | | Cashier ID: #SH |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 118 | Sanctions/Contempt of court Fines | DNYTE123CV006661<br>FBO: Harry Dorvilier | 1 | 250.00 | 250.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #35154 | 09/23/2024 | $250.00 |
| | | | Total Due Prior to Payment: | $250.00 |
| | | | Total Tendered: | $250.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.