UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CLAUDIA WILLIAMS, f/k/a Claudia Gayle,

                Plaintiff,

        - against -

HARRY'S NURSES REGISTRY, INC. and
HARRY DORVILIER,

                Defendants.
---------------------------------------------------------x

**ORDER FOR SANCTIONS**
23-CV-6661 (PKC) (TAM)

PAMELA K. CHEN, United States District Judge:

On July 31, 2025, Plaintiff filed her fourth motion for contempt ("Motion") based on Defendant Dorvilier's ("Dorvilier") alleged violation of the permanent injunction ("PI") issued by the Court on April 15, 2025. (Mot. for Contempt, Dkt. 114; PI, Dkt. 106.) In her Motion, Plaintiff alerted the Court to a YouTube video posted by Dorvilier "consist[ing] primarily of Mr. Dorvilier's discussion of his view that [Plaintiff] is a 'ghost,' i.e., not a real person." (Mot. for Contempt, Dkt. 114, at 2.) Dorvilier mentions Plaintiff by name several times and apparently alludes to this Court's [PI]: "'The judge said, now, if you talk about Claudia Gayle, about her and the law, you're going to be[] penalized $500 per day[.]'" (*Id*. (quoting Dorvilier's video).) On August 19, 2025, the Court directed Plaintiff to confirm whether the violation was ongoing, (8/19/2025 Dkt. Order), which Plaintiff confirmed the same day, (Pl. Ltr., Dkt. 115). The Court also directed Dorvilier to "show cause why he should not be fined as required by the PI for the duration of the violation identified by Plaintiff" by August 28, 2025. (8/19/2025 Dkt. Order.) To date, Dorvilier has failed to respond.

Based upon the foregoing, the Court finds that Dorvilier has violated the PI by "posting . . . material related to Plaintiff . . . on a[] public forum," (PI, Dkt. 106), and that sanctions are warranted pursuant to the PI. Accordingly, the Court grants Plaintiff's Motion.

It is hereby:

**ORDERED** that Dorvilier is fined according to the schedule set by the PI: $500 for each day for the first two weeks of the violation, or July 31, 2025 to August 13, 2025; and $1,000 per day for each day after August 13, 2025, until the violation ceases. Dorvilier is therefore fined a total of $29,000 for the violation up to and including the date of this Order.

**ORDERED** that, by 5 p.m. on Friday, September 12, 2025, Dorvilier shall remove the relevant video and submit an affidavit on the docket confirming that he has done so. Should Dorvilier fail to file this affidavit, the Court will fine him an additional $1,000. Should Dorvilier fail to take down the relevant video, the Court will continue to assess a fine for $1,000 per day that the video remains posted on YouTube after the date of this Order. The Court will assess any new fines from the date of this Order, and will issue a new Sanctions Order, every Friday until the violation has ceased. The Court will consider the violation ongoing until Dorvilier confirms in writing on the docket that he has removed the relevant video.

**ORDERED** that, by 5 p.m. on Friday, September 12, 2025, Dorvilier must pay the current total of $29,000 in sanctions to the Clerk of Court for the Eastern District of New York, with a letter identifying the case name and docket number, and the purpose of the payment as "Payment of sanctions ordered by Judge Pamela K. Chen on September 4, 2025." Dorvilier shall file proof of the sanction payment on the docket.

**The Court warns Dorvilier that failure to abide by this Order in its entirety risks increased Court sanctions, including criminal contempt, for which Dorvilier can be**

**incarcerated.** *See In re Sydor*, 132 B.R. 243, 246 (Bankr. E.D.N.Y. 1991) (holding *pro se* party in criminal contempt).

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: September 4, 2025
       Brooklyn, New York